**STATE OF RHODE ISLAND**
**NEWPORT, SC**

**SUPERIOR COURT**

| | | |
|---|---|---|
| **JOSEPH VARS and IT'S MY LICENSE, INC.** **Plaintiffs** | : | |
| **V.** | : | **C.A. No. 03-** |
| **LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, and MARILYN SHANNON MCCONAGHY, in her capacity as Director of the Rhode Island Department of Business Regulation, ET ALS.** **Defendants** | : | |

SUPERIOR COURT FILED CHARLES H. [illegible] 03 DEC 29 AM 10:44

**COMPLAINT**
**COUNT I - CITY OF NEWPORT**

1. JOSEPH VARS is a resident of the City of Jensen Beach, Florida.

2. Plaintiff IT'S MY LICENSE, INC. is a business corporation organized in the State of Rhode Island. Its agent for service is John Sheehan, Esquire and the address of the agent and the corporation's principal place of business in Rhode Island is 34 Bayside Avenue, Newport, Rhode Island. This Plaintiff corporation is the successor to the former Boathouse Pub, Inc., a Rhode Island corporation, now defunct, and Amy & Joe's Restaurant, Inc., a Rhode Island corporation now also defunct. JOSEPH VARS is/was the principal stockholder, officer and director of each of these corporations.

3. Defendant LAURA CITRIN is the Chief Financial Officer of the City of Newport. The actions that form the basis of this complaint against the City of Newport were undertaken by the Newport City Council, sitting also as the Board of License Commissioners.

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

SCANNED

1 2855

4. Defendant MARILYN SHANNON McCONAGHY is the current director of the Rhode Island Department of Business Regulations. The actions upon which this complaint against the Department of Business Regulation is based were undertaken by the Division of Alcoholic Beverages and the hearing officer, Jeffrey Greer.

5. From 1972 through 1998 the Boathouse Pub, Inc. was the holder of a certain Class B Alcoholic Beverage Retailer's Permit issued by the defendant, hereinafter referred to as the City of Newport. The Boathouse Pub Restaurant and Pub was located on lower Thames Street in the City of Newport on property owned by JOSEPH VARS and his wife, Amy.

6. In 1999 JOSEPH VARS entered in to lease agreement with Jake & Ella's Corporation for the restaurant and equipment. Consistent with that agreement, the parties entered into a purchase and sale agreement for the business and license. Pursuant to that agreement Boathouse Pub, Inc. applied for the transfer of its license to Jake & Ella's Corporation, and that transfer was allowed by the City of Newport.

7. Jake & Ella's business began to fail in 2000, and it was unable to meet its obligations to Vars on the lease and to Boathouse Pub on the purchase-sale agreement. Vars commenced and eviction action against Jake & Ella's in April, 2000, but the parties settled the matter and Jake & Ella's continued in possession of the premises.

8. In August, 2000 Jake & Ella's was cited by the City of Newport. for an incident of after-hours drinking. A fine of $500. was ordered, and it was paid by Jake & Ella's.

9. On December 1, 2000 a second incident of after-hours drinking by employees occurred with police arriving at the scene. An altercation took place between a police

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Co
Newport County
Newport, Rhode Island

officer and one of the principals of Jake & Ellas, one John Peterson, resulting in a criminal charge of disorderly conduct against him. Upon information that case was ultimately filed for one year upon the entry of a plea of *nolo contendere*.

10. The business remained closed after December 1, 2000 and on January 10, 2001 the Board of License commissioners conducted a hearing on Jake & Ella's license. Neither of the principals of that corporation appeared , but Joseph Vars and Boathouse Pub, Inc. were represented by counsel, who addressed the Board at the hearing to advise that his client held a substantial security interest in the license.

11. Thereupon, the Board of License Commissioners voted to revoke Jake & Ella's Class B License. Said decision was made under color of state law. It was excessive, arbitrary and capricious and was made in either willful or wanton and reckless disregard of the consequences it would have on the Plaintiffs' business.

12. On appeal to the Department of Business Regulation, the decision to revoke the license was considered *de novo* and the hearing officer also decided to revoke Jake & Ella's license.

13. On appeal to the Superior Court the trial justice, after hearing and upon due consideration reversed the decision of the hearing officer and remanded for consideration of a penalty other than revocation. Implicit in that decision and Order is that the license is restored.

14. On remand, on October 27, 2002 the hearing officer imposed as $1000. fine and costs for the violation.

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Co[urt]
Newport County
Newport, Rhode Island

15. On January 10, 2003 the Newport City Council voted to reduce the total number of Class B. Alcoholic Beverage Retailer's Permits from 59 to 58, and thereby purports to have eliminated the license hereunder consideration.

16. There has been no additional action taken by the City of Newport Board of License Commissioners to revoke Jake and Ella's license a second time, ostensibly upon its failure timely to file for renewal.

17. As a direct and proximate result of the actions by the defendant City of Newport the plaintiffs were denied , and have continuously thereafter been denied due process and equal protection under the law, as well as the taking of their property by the government without just compensation as guaranteed by the Constitution of the United States, Article 14, § 1, and that of the State of Rhode Island, Article 5, secs. 1& 16. Plaintiffs have suffered the loss of their business, real property and license, revenue therefrom and other moneys, and they have been otherwise injured and damnified in amounts certain to be proven at trial.

WHEREFORE, the Plaintiffs demand Judgment against the Defendant City of Newport, its City Council and Board of License Commissioners in the amount of Five-Hundred Thousand ($500,000.) Dollars, punitive damages in the amount of Five-Hundred Thousand ($500,000.) Dollars, their costs and reasonable counsel fees, and respectfully pray for all such and other relief deemed meet and just by this Honorable Court.

JOSEPH VARS, & IT'S MY LICENSE, INC.
By their Attorneys,

Marty C. Marran Reg. No 2855
255 Main St. Ste 411
Pawtucket, RI 02860 (401 ) 729-4700

December 17, 2003

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior C
Newport County
Newport, Rhode Island

John Sheehan, Esquire Reg. No 0193
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

**COUNT II - DEPARTMENT OF BUSINESS REGULATION**

18. The Plaintiffs reassert and re-allege those allegations contained in Paragraphs 1 through 17 of the Complaint each as if specifically set forth here.

19. The decision *de novo* by the defendant Department of Business Regulation was made under color of state law. It was excessive, arbitrary and capricious and was made in either willful or wanton and reckless disregard of the consequences it would have on the Plaintiffs' business.

20. As a direct and proximate result of the actions by the defendant Department of Business Regulation the plaintiffs were denied , and have continuously thereafter been denied due process and equal protection under the law, as well as the taking of their property by the government without just compensation as guaranteed by the Constitution of the United States, Article 14, § 1, and that of the State of Rhode Island, Article 5, secs. 1& 16. Plaintiffs have suffered the loss of their business, real property and license, revenue therefrom and other moneys, and they have been otherwise injured and damnified in amounts certain to be proven at trial.

WHEREFORE, the Plaintiffs demand Judgment against the Defendant Department of Business Regulation in the amount of Five- Hundred Thousand ($500,000.) Dollars, punitive damages in the amount of Five-Hundred Thousand ($500,000.) Dollars, their costs and reasonable counsel fees, and respectfully pray for such and other relief deemed meet and just by this Honorable Court.

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Cou
Newport County
Newport, Rhode Island

JOSEPH VARS, & IT'S MY LICENSE, INC.
By their Attorneys,

Marty C. Marran Reg. No 2855
255 Main St. Ste 411
Pawtucket, RI 02860
(401 ) 729-4700

John Sheehan, Esquire Reg. No 0193
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

December 17, 2003

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island