UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH VARS and
IT'S MY LICENSE, INC.,

*Plaintiffs,*

vs.

LAURA CITRIN {sic}, in her capacity as Chief Financial Officer of the City of Newport, and MARILYN SHANNON MCCONAGHY, in her capacity as Director of the Rhode Island Department of Business Regulation,

*Defendants.*

CA 04 52 T

*{RI Superior Court C.A. No. NC03-685}*

**PETITION FOR REMOVAL**

**To: The United States District Court for the District of Rhode Island**

1. Defendant, Laura Sitrin, in her official capacity as Finance Director of the City of Newport, is a defendant in a civil action filed in the Newport County Superior Court entitled, *Joseph Vars, et al. v. Laura Sitrin, et al., C.A. No. NC03-685.* Attached to this petition is a complete and certified copy of the record from the Newport County Superior Court.

2. The aforesaid action was commenced with the filing of a Complaint. Upon information and belief, this complaint was delivered on or about January 30, 2004.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by the defendant, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

(2)

*{Original C.A. No. NC03-685}*

Defendant,
Laura Sitrin, in her capacity as
Finance Director of the City of Newport,
By her Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

And,

Joseph J. Nicholson, Jr., Esq.
Newport City Solicitor
Newport City Hall
43 Broadway
Newport, RI 02840
Phone: (401) 846-9600
Fax: (401) 847-1074

*{Original C.A. No. NC03-685}*

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 19th day of February 2004, to:

Marty C. Marran, Esq. (#2855)
255 Main Street, Suite 411
Pawtucket, RI 02860
(401) 729-4700

John Sheehan, Esq. (#0193)
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

RHODE ISLAND JUDICIAL SYSTEMS AND SCIENCES DATE 02/19/2
SUPERIOR COURT CIVIL INFORMATION SYSTEM

DOCKET EVENT LISTING

CASE NO.: NC2003 0685 TYPE OTHER CIVIL ACTION
TITLE: JOSEPH VARS ET AL VS LAURA CITRIN ET ALS
FILING DATE: 12-29-2003 ASSIGNED TO TRIAL POOL:
DESIGNATED TO ARBITRATION:

| | | | |
|---|---|---|---|
| CITRIN,LAURA | DEF | Unknown,Attorney | AOR |
| ITS MY LICENSE INC | BPL | Marran,Marty C | AOR |
| MCCONAGHY,SHANNON | DEF | Unknown,Attorney | AOR |
| VARS,JOSEPH | PLF | Marran,Marty C | AOR |

| DOC. ID. | DATE | JUDGE | OUTCOME | EFFECTIVE DATE |
|---|---|---|---|---|

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

**STATE OF RHODE ISLAND**
**NEWPORT, SC** **SUPERIOR COURT**

**JOSEPH VARS and IT'S MY LICENSE, INC. :**
**Plaintiffs :**
**V. : C.A. No. 03-**
**:**
**LAURA CITRIN, in her capacity as Chief :**
**Financial Officer of the City of Newport, and :**
**MARILYN SHANNON MCCONAGHY, in her :**
**capacity as Director of the Rhode Island :**
**Department of Business Regulation, ET ALS. :**
**Defendants**

SUPERIOR COURT FILED CHARLES H. HOLLIS 03 DEC 29 AM 10:44

**COMPLAINT**
**COUNT I - CITY OF NEWPORT**

1. JOSEPH VARS is a resident of the City of Jensen Beach, Florida.

2. Plaintiff IT'S MY LICENSE, INC. is a business corporation organized in the State of Rhode Island. Its agent for service is John Sheehan, Esquire and the address of the agent and the corporation's principal place of business in Rhode Island is 34 Bayside Avenue, Newport, Rhode Island. This Plaintiff corporation is the successor to the former Boathouse Pub, Inc., a Rhode Island corporation, now defunct, and Amy & Joe's Restaurant, Inc., a Rhode Island corporation now also defunct. JOSEPH VARS is/was the principal stockholder, officer and director of each of these corporations.

3. Defendant LAURA CITRIN is the Chief Financial Officer of the City of Newport. The actions that form the basis of this complaint against the City of Newport were undertaken by the Newport City Council, sitting also as the Board of License Commissioners.

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

2855
YF OCA

4. Defendant MARILYN SHANNON McCONAGHY is the current director of the Rhode Island Department of Business Regulations. The actions upon which this complaint against the Department of Business Regulation is based were undertaken by the Division of Alcoholic Beverages and the hearing officer, Jeffrey Greer.

5. From 1972 through 1998 the Boathouse Pub, Inc. was the holder of a certain Class B Alcoholic Beverage Retailer's Permit issued by the defendant, hereinafter referred to as the City of Newport. The Boathouse Pub Restaurant and Pub was located on lower Thames Street in the City of Newport on property owned by JOSEPH VARS and his wife, Amy.

6. In 1999 JOSEPH VARS entered in to lease agreement with Jake & Ella's Corporation for the restaurant and equipment. Consistent with that agreement, the parties entered into a purchase and sale agreement for the business and license. Pursuant to that agreement Boathouse Pub, Inc. applied for the transfer of its license to Jake & Ella's Corporation, and that transfer was allowed by the City of Newport.

7. Jake & Ella's business began to fail in 2000, and it was unable to meet its obligations to Vars on the lease and to Boathouse Pub on the purchase-sale agreement. Vars commenced and eviction action against Jake & Ella's in April, 2000, but the parties settled the matter and Jake & Ella's continued in possession of the premises.

8. In August, 2000 Jake & Ella's was cited by the City of Newport. for an incident of after-hours drinking. A fine of $500. was ordered, and it was paid by Jake & Ella's.

9. On December 1, 2000 a second incident of after-hours drinking by employees occurred with police arriving at the scene. An altercation took place between a police

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Co
Newport County
Newport, Rhode Island

officer and one of the principals of Jake & Ellas, one John Peterson, resulting in a criminal charge of disorderly conduct against him. Upon information that case was ultimately filed for one year upon the entry of a plea of *nolo contendere*.

10. The business remained closed after December 1, 2000 and on January 10, 2001 the Board of License commissioners conducted a hearing on Jake & Ella's license. Neither of the principals of that corporation appeared , but Joseph Vars and Boathouse Pub, Inc. were represented by counsel, who addressed the Board at the hearing to advise that his client held a substantial security interest in the license.

11. Thereupon, the Board of License Commissioners voted to revoke Jake & Ella's Class B License. Said decision was made under color of state law. It was excessive, arbitrary and capricious and was made in either willful or wanton and reckless disregard of the consequences it would have on the Plaintiffs' business.

12. On appeal to the Department of Business Regulation, the decision to revoke the license was considered *de novo* and the hearing officer also decided to revoke Jake & Ella's license.

13. On appeal to the Superior Court the trial justice, after hearing and upon due consideration reversed the decision of the hearing officer and remanded for consideration of a penalty other than revocation. Implicit in that decision and Order is that the license is restored.

14. On remand, on October 27, 2002 the hearing officer imposed as $1000. fine and costs for the violation.

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Co
Newport County
Newport, Rhode Island

15. On January 10, 2003 the Newport City Council voted to reduce the total number of Class B. Alcoholic Beverage Retailer's Permits from 59 to 58, and thereby purports to have eliminated the license hereunder consideration.

16. There has been no additional action taken by the City of Newport Board of License Commissioners to revoke Jake and Ella's license a second time, ostensibly upon its failure timely to file for renewal.

17. As a direct and proximate result of the actions by the defendant City of Newport the plaintiffs were denied , and have continuously thereafter been denied due process and equal protection under the law, as well as the taking of their property by the government without just compensation as guaranteed by the Constitution of the United States, Article 14, § 1, and that of the State of Rhode Island, Article 5, secs. 1& 16. Plaintiffs have suffered the loss of their business, real property and license, revenue therefrom and other moneys, and they have been otherwise injured and damnified in amounts certain to be proven at trial.

WHEREFORE, the Plaintiffs demand Judgment against the Defendant City of Newport, its City Council and Board of License Commissioners in the amount of Five-Hundred Thousand ($500,000.) Dollars, punitive damages in the amount of Five-Hundred Thousand ($500,000.) Dollars, their costs and reasonable counsel fees, and respectfully pray for all such and other relief deemed meet and just by this Honorable Court.

JOSEPH VARS, & IT'S MY LICENSE, INC.
By their Attorneys,

Marty C. Marran Reg. No 2855
255 Main St. Ste 411
Pawtucket, RI 02860 (401 ) 729-4700

December 17, 2003

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior C
Newport County
Newport, Rhode Island

John Sheehan, Esquire Reg. No 0193
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

**COUNT II - DEPARTMENT OF BUSINESS REGULATION**

18. The Plaintiffs reassert and re-allege those allegations contained in Paragraphs 1 through 17 of the Complaint each as if specifically set forth here.

19. The decision *de novo* by the defendant Department of Business Regulation was made under color of state law. It was excessive, arbitrary and capricious and was made in either willful or wanton and reckless disregard of the consequences it would have on the Plaintiffs' business.

20. As a direct and proximate result of the actions by the defendant Department of Business Regulation the plaintiffs were denied , and have continuously thereafter been denied due process and equal protection under the law, as well as the taking of their property by the government without just compensation as guaranteed by the Constitution of the United States, Article 14, § 1, and that of the State of Rhode Island, Article 5, secs. 1& 16. Plaintiffs have suffered the loss of their business, real property and license, revenue therefrom and other moneys, and they have been otherwise injured and damnified in amounts certain to be proven at trial.

WHEREFORE, the Plaintiffs demand Judgment against the Defendant Department of Business Regulation in the amount of Five- Hundred Thousand ($500,000.) Dollars, punitive damages in the amount of Five-Hundred Thousand ($500,000.) Dollars, their costs and reasonable counsel fees, and respectfully pray for such and other relief deemed meet and just by this Honorable Court.

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

JOSEPH VARS, & IT'S MY LICENSE, INC.
By their Attorneys,

Marty C. Marran Reg. No 2855
255 Main St. Ste 411
Pawtucket, RI 02860
(401 ) 729-4700

John Sheehan, Esquire Reg. No 0193
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

December 17, 2003

True Copy Attest
Charles H. Hollis
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

# STATE OF RHODE ISLAND SUPERIOR COURT

**CASE COVER SHEET**

Case * (Filled in by Clerk's Office)

This form must be filed with each original document that comences a civil proceeding in the Clerk's Office. If the case is a District Court appeal, the form must be filed with the appeal in the District Court and will then be transferred with other documents to the Superior Court.

| PLAINTIFFS: | DEFENDANTS: |
|---|---|
| JOSEPH VARS and<br>IT'S MY LICENSE, INC. | LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, et als |

NATURE OF PROCEEDING — Check the applicable case type under main categories listed below. (check one only)

**District Court Appeal** ☐ Yes (check type below)

- ☐ AGA Agency appeal
- ☐ ANT Anti-trust
- ☐ ASB Assault and battery
- ☐ BKA Book account
- ☐ CIC Criminal inj. compensation
- ☐ CLA Common law assignment
- ☐ CLL Common law lien
- ☐ CON Contract
- ☐ CNV Conversion
- ☐ CRC Criminal conversation
- ☐ CRJ Civil Rights Job Discrimination
- ☐ DEJ Declaratory judgment
- ☐ DIN Recovery of damages/insurance
- ☐ DOJ Debt on judgment
- ☐ DPC Denial of probate claim
- ☒ Other than above (specify type): CIVIL RIGHTS SUIT
- ☐ DTP Deceptive trade practice
- ☐ EXT Excessive tax
- ☐ FOR Forfeiture
- ☐ FRJ Foreign Judgment
- ☐ IDV Personal inj./property dam-vehicle
- ☐ INR Injunctive relief
- ☐ IPL Interpleader
- ☐ LIB Libel/slander
- ☐ MLE Malpractice/legal
- ☐ MME Malpractice/medical
- ☐ MOT Malpractice/other
- ☐ PDM Property damage
- ☐ PDV Property damage / vehicle
- ☐ PER Personal injury
- ☐ PIV Personal injury-vehicle
- ☐ PRL Product liabilty
- ☐ PRN Promissory note
- ☐ PRT Partition
- ☐ RIC Reinstate charter
- ☐ RLP Real property
- ☐ ROF Recovery of funds
- ☐ SAB Sexual abuse
- ☐ SPP Specific performance
- ☐ SXH Sexual harassment
- ☐ TAE Trespass and ejectment
- ☐ TCO Title clearing (other than tax title)
- ☐ TCT Trustee/appt convey title
- ☐ TRA Trustee/accounting
- ☐ UNM Uninsured motorist
- ☐ WOM Mandamus. Writ of
- ☐ WOR Replevin, Writ of
- ☐ WRD Wrongful death

## MISCELLANEOUS PETITIONS

- ☐ AOD Assessment of damages
- ☐ AOS Trustee successor
- ☐ AOT Trustee / appointment of
- ☐ ARA Arbitration award
- ☐ CAR Arbitration /confirm
- ☐ CFC Confirm compromise
- ☐ CND Condemnation
- ☐ CNT Contempt
- ☐ DOC Dissolution of corp.
- ☐ DOT Trustee / declination of
- ☐ DSC Disclaimer
- ☐ Other than above (specify type):
- ☐ EDP End partnership
- ☐ FOC Forfeiture of charter
- ☐ FRR Forclosure of right redemption
- ☐ GJI Grand jury investigation
- ☐ HAC Habeas corpus
- ☐ LCN Level of community notification
- ☐ MAW Material witness
- ☐ MEL Mechanics lien
- ☐ OSW Out of state witness
- ☐ PCR Post conviction relief
- ☐ PFC Petition for constable
- ☐ PFI Petition for immunity
- ☐ PFR Petition for review
- ☐ PFS Perform surgery
- ☐ PIN Pet for inventory (wire tap)
- ☐ PTD Pet to take deposition
- ☐ PTE Petition to expunge
- ☐ R5A Rule 5A petition
- ☐ REC Receivership
- ☐ RTA Arbitration referral
- ☐ SVP Sexually violent predator petition
- ☐ TCL Title clearing (tax title)
- ☐ TLF Foreclosure / tax lien
- ☐ VAR Arbitration / vacate

True Copy Attest
Charles H. Smith
Office of Clerk of Superior Court
Newport County

## PROBATE APPEALS

- ☐ WIL Will
- ☐ TRS Trust
- ☐ GRD Guardianship
- ☐ NAC Name change
- ☐ Other than above (specify type):

Is this a case that may require a trial for resolution? ☒ Yes ☐ No If yes: ☒ Jury or ☐ Non-jury

( Attorney name and Registration # Marty Marren #2855 John Sheehan #193 12/29/03 (Date)

Pro se/Name ____________________

True Copy Attest
Charles H. Hess
Office of Clerk of Superior Court
Newport County
Newport, Rhode Island

JOHN T SHEEHAN JR
ATTORNEY AT LAW
34 BAYSIDE AVE
NEWPORT RI 02840

1723
57-12/115
104

Date 12/29/03

Pay to the Order of Clerk Superior Court $ 160

One Hundred Sixty Dollars

CITIZENS BANK
Rhode Island

For

⑆011500120⑆ 219 135 0⑈ 1723

GUARDIAN® SAFETY YELLOW WYE

# STATE OF RHODE ISLAND
## Superior Court
## RECEIPT

NEWPORT COUNTY SUPERIOR COURT
45 Washington Sq., Newport, RI 02840
Tel. (401) 841-8330

date received: 12-29-03

received from: Varley Varen

tel. no.

address

case title: Joseph Vars vs. Laura Corbin et al 1723

case no.: NC03-685

☐ Cash ☒ Check ☐ Money Order

| TRANSACTION TYPE | AMOUNT |
|---|---|
| Civil case filing fee | $ 160 - |
| Execution fee | $ |
| Copies | $ |
| Other: | $ |
| Criminal case fees<br>☐ Partial payment<br>☐ Paid in full | $ |
| Cash bail<br>☐ Transferred to pay criminal fees<br>☐ You must contact person who furnished bail for reimbursement | $ |
| TOTAL | $ 160 - |

recpt. no. 36494

received by 88

27308