**U.S. DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS and IT'S MY LICENSE, INC., Plaintiffs,** | : | |
| **v.** | : | **C.A. No. 04-052 T** |
| **LAURI CITRIN [sic], in her capacity as Chief Financial Officer of the City of Newport, and MARILYN SHANNON MCCONAGHY, in her capacity as Director of the Rhode Island Department of Business Regulation, Defendants.** | : | |

**CONSENT TO REMOVAL**

Now comes the Defendant, Marilyn Shannon McConaghy, in her capacity as Director of the Rhode Island Department of Business Regulation, and hereby consents to the removal of this matter to the United States District Court for the District of Rhode Island.

Defendant,
MARILYN SHANNON MCCONAGHY,
in her capacity as Director of the
Department of Business Regulation,

By her attorney,

PATRICK C. LYNCH

Michael P. Jolin, Bar No. 6389
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel. (401) 274-4400
Fax: (401) 222-3016
Email: mjolin@riag.state.ri.us

4

## Certificate of Service

I hereby certify that a true copy of the within Consent to Removal was mailed, postage prepaid, on this 24th day of February 2004, to:

Marty C. Marran, Esq.
255 Main Street, Suite 411
Pawtucket, Rhode Island 02860

John Sheehan, Esq.
34 Bayside Avenue
Newport, Rhode Island 02840

Marc DeSisto, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, Rhode Island 02906-2563

John J. Nicholson, Jr., Esq.
Newport City Solicitor
Newport City Hall
43 Broadway
Newport, Rhode Island 02840

Rhonda Costa