**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS and IT'S MY LICENSE, INC.** **Plaintiffs** | : | |
| **V.** | : | **C.A. No. 04-52 T** |
| | : | **R.I. Superior Court # NC 03-685** |
| **LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, and CITY OF NEWPORT, BOARD OF LICENSE COMMISSIONERS, RICHARD C. SARDELLA, Individually, and in his capacity as Chairman, JAMES BACCARI, JEANNE MARIE NAPOLITANO, RICHARD O'NEIL, STEPHEN C. WALUK, KATHERINE LEONARD, JOHN J. TRIFERO, Individually, and in their respective capacities as members, RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, MARILYN SHANNON MCCONAGHY, Individually and in her capacity as Director, and JEFFREY GREER, Individually and in his capacity as Hearing Officer** **Defendants** | : | |

**WAIVER OF SERVICE**

**Comes now the undersigned attorney for the municipal defendants and hereby waives the requirement of individual service upon each so-named.**

**Respectfully submitted this** 27 **day of** February**, 2004.**

Marc DeSisto, Esquire
DESISTO LAW
P.O. Box 2563
Providence, RI 02906-2563

5