UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH VARS and<br>IT'S MY LICENSE, INC.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>LAURA CITRIN {sic}, in her capacity as Chief Financial Officer of the City of Newport, and CITY OF NEWPORT BOARD OF LICENSE COMMISSIONERS, RICHARD C. SARDELLA, Individually and in his capacity as Chairman, JAMES BACCARI, JEANNE MARIE NAPOLITANO, RICHARD O'NEIL, STEPHEN C. WALUK, KATHERINE LEONARD, JOHN J. TRIFERO, Individually and in their respective capacities as members, RHODE ISLAND DEPARTMENT OF BUSINESS REGULATINO, MARILYN SHANNON MCCONAGHY, Individually and in her capacity as Director, and JEFFREY GREER, Individually and in his capacity as Hearing Officer,<br><br>*Defendants.* | C.A. No. 04-052 T |

## ANSWER

Now come Defendants, Laura Sitrin, in her capacity as Finance Director of the City of Newport, City of Newport Board of License Commissioners, Richard C. Sardella, Individually and in his capacity as Chairman, James Baccari, Jeanne Marie Napolitano, Richard O'Neil, Stephen C. Waluk, Katherine Leonard, John J. Trifero, Individually and in their respective capacities as members (hereinafter "defendants"), and hereby answers Plaintiffs' Complaint as follows:

6

1. This defendant hereby admits the allegations contained in paragraphs 1, 3, 5, 8, 9, 10, 11, 13, 15, 16, and 17 of Plaintiffs' Complaint.

2. This defendant is without sufficient information to either admit or deny the allegations contained in paragraphs 2 and 7 of Plaintiffs' Complaint and therefore makes no response to the same.

3. This defendant makes no response to the allegations contained in paragraphs 4, 18, 19, 20 of Plaintiffs' Complaint in that said allegations are directed towards another defendant and a response is neither necessary or required.

4. This defendant admits the allegations contained in paragraph 6 of Plaintiffs' Complaint to the extent that the City of Newport allowed the transfer of the Class B Alcoholic Beverage Retailer's license from Boathouse Pub, Inc. to Jake and & Ella's Corporation. This defendant is without sufficient information to either admit or deny the remaining allegations contained in paragraph 6 and therefore make no response to the same.

5. This defendant admits the allegations contained in paragraph 12 of Plaintiffs' Complaint to the extent that the Board of License Commissioners voted to revoke Jake & Ella's Class B License. This defendant denies the remaining allegations contained in paragraph 12.

6. This defendant admits the allegations contained in paragraph 14 of Plaintiffs' Complaint to the extent that the Superior Court reversed the decision of the hearing officer and remanded for consideration of a penalty. This defendant denies the remaining allegations contained in paragraph 14.

7. This defendant denies the allegations contained in paragraph 18 of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

This defendant pleads the doctrine of absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

This defendant pleads lack of standing as a bar to the within Complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants hereby plead failure to state a cause of action against the named defendants in their individual capacities.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against these defendants are barred because the plaintiffs' alleged injuries and damages, if any, were caused by the intervening and superseding acts or omissions of third persons.

**This defendant demands trial by jury.**

Defendants,
Laura Sitrin, in her capacity as
Finance Director of the City of Newport, City of
Newport Board of License Commissioners,
Richard C. Sardella, Individually and in his
capacity as Chairman, James Baccari, Jeanne
Marie Napolitano, Richard O'Neil, Stephen C.
Waluk, Katherine Leonard, John J. Trifero,
Individually and in their respective capacities as
members

By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

And,

Joseph J. Nicholson, Jr., Esq.
Newport City Solicitor
Newport City Hall
43 Broadway
Newport, RI 02840
Phone: (401) 846-9600
Fax: (401) 847-1074

C.A. No. 04-052 T

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Answer was mailed, postage prepaid, on this 27th the day of February 2004, to:

Marty C. Marran, Esq. (#2855)
255 Main Street, Suite 411
Pawtucket, RI 02860
(401) 729-4700

John Sheehan, Esq. (#0193)
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

Michael Jolin, Esq.
Rebecca Tedford Partington, Esq.
RI Department of Attorney General
150 South Main Street
Providence, RI 02903

_______________________