**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS and IT'S MY LICENSE, INC.**<br>**Plaintiffs**<br>**V.** | : | **C.A. No. 04-52 T** |
| | : | **R.I. Superior Court #**<br>**NC 03-685** |
| **LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, and CITY OF NEWPORT, BOARD OF LICENSE COMMISSIONERS, RICHARD C. SARDELLA, Individually, and in his capacity as Chairman, JAMES BACCARI, JEANNE MARIE NAPOLITANO, RICHARD O'NEIL, STEPHEN C. WALUK, KATHERINE LEONARD, JOHN J. TRIFERO, Individually, and in their respective capacities as members, RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, MARILYN SHANNON MCCONAGHY, Individually and in her capacity as Director, and JEFFREY GREER, Individually and in his capacity as Hearing Officer**<br>**Defendants** | : | |

RECEIVED
MAR 02 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION / WAIVER OF SERVICE**

**In the above-entitled action the defendants MCCONAGHY and GREER waive service of the Amended Complaint.**

**Defendants,**
**By their Attorney**

**PATRICK C. LYNCH**

**Michael P. Jolin, Esquire**
**Special Assistant Attorney-General**
**150 South Main Street**
**Providence, Rhode Island 02903**

**February 26, 2004**

7