**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS and IT'S MY LICENSE, INC.** | : | |
| **Plaintiffs** | : | |
| **V.** | : | **C.A. No. 04-52 T** |
| | : | |
| | : | **R.I. Superior Court #** |
| **LAURA CITRIN, in her capacity as Chief** | : | **NC 03-685** |
| **Financial Officer of the City of Newport, and** | : | |
| **CITY OF NEWPORT, BOARD** | : | |
| **OF LICENSE COMMISSIONERS,** | : | |
| **RICHARD C. SARDELLA, Individually,** | : | |
| **and in his capacity as Chairman,** | : | |
| **JAMES BACCARI, JEANNE MARIE** | : | |
| **NAPOLITANO, RICHARD O'NEIL,** | : | |
| **STEPHEN C. WALUK, KATHERINE** | : | |
| **LEONARD, JOHN J. TRIFERO,** | : | |
| **Individually, and in their respective** | : | |
| **capacities as members, RHODE ISLAND** | : | |
| **DEPARTMENT OF BUSINESS** | : | |
| **REGULATION, MARILYN** | : | |
| **SHANNON MCCONAGHY, Individually** | : | |
| **and in her capacity as Director, and** | : | |
| **JEFFREY GREER, Individually and** | : | |
| **in his capacity as Hearing Officer** | : | |
| **Defendants** | : | **VOLUNTARY DISMISSAL** |
| | : | **Re: COUNT II** |

Now come the plaintiffs, and as to the state defendants MARYLYN SHANNON MCCONAGHY, Individually and JEFFREY GREER, Individually and in his capacity as Hearing Officer and dismisses his complaint for monetary damages and for other relief contained in Count II of the Amended Complaint..

Defendant MARYLYN SHANNON MCCONAGHY remains a party to this action in her official capacity as Director of the Department of Business Regulation in

8

Count II only for purpose of seeking such relief, other than monetary damages, as this Court deems meet and just.

Count I of the Amended complaint, and the municipal employees, agents and servants represented therein, individually and in their respective capacities, are not affected by this Voluntary Dismissal.

Respectfully submitted this 18th day of March, 2004.

JOSEPH VARS, ET AL.
By their Attorney

ENTER:

Ernest C. Torres, Chief Judge
March 23, 2004

Marty C. Marran Reg. No. 2855
255 Main Street, Suite 411
Pawtucket, RI 02860
(401) 729-4700

**CERTIFICATION**

I hereby certify that on March 18, 2004 I did forward a true and correct copy of the above to the following attorneys:

Marc DeSisto, Esquire
DESISTO LAW
P.O. Box 2563
Providence, RI 02906-2563

Joseph J. Nicholson, Esquire
City of Newport
43 Broadway
Newport, RI 02840

Michael Jolin, Esquire
Office of the Attorney-General
150 South Main St.
Providence, RI 02903