UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH VARS, ET AL.,
Plaintiffs

v. CA No. 04-052T

LAURI CITRIN, ET AL.,
Defendants

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

Defendant Marilyn Shannon McConaghy's Motion to Dismiss the claims against her contained in Count II of the plaintiffs' complaint is granted in the absence of objection and for the reasons stated in the defendant's memorandum of law.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: May 21, 2004

10