**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS, ET ALS,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **V.** | : | **C.A. No. 04-52T** |
| | : | |
| **LAURA CITRIN, ET ALS.** | : | **PLAINTIFFS' MOTION FOR: EXTENSION OF TIME FOR DISCOVERY** |
| | : | |
| | : | |
| **Defendants** | : | |

For the reasons contained in the attached Affidavit Of Counsel for the Plaintiffs, Now come the Plaintiffs and respectfully pray that the time for closure of Discovery be extended by a period of sixty (60) days to allow the parties completion thereof. Upon good information and belief the Defendants will join in this motion.

Respectfully submitted this 16th day of November 2004

JOSEPH VARS, ET ALS,
By their attorney

Marty C. Marran Reg. No 2855
c/o Rhode Island Disability Law Center
349 Eddy Street
Providence, Rhode Island 02903
(401) 831-3150



14

**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS, ET ALS,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **V.** | : | **C.A. No. 04-52T** |
| | : | |
| **LAURA CITRIN, ET ALS.** | : | **AFFIDAVIT OF** |
| | : | **MARTY C. MARRAN, ESQUIRE** |
| | : | |
| **Defendants** | : | |

Now comes the lead counsel for the plaintiffs, Marty C. Marran, Esquire, duly sworn upon oath and makes affidavit and states as follows:

1. My name is Marty C. Marran and I practice as an attorney with the Rhode Island Disability Law Center at 349 Eddy Street, Providence, Rhode Island 02903.. I am handling this case in my private capacity and not as a representative of the law center.

2. On September 27, 4004 to the date of these presents I have been ou t on disability and unable to work because of symptoms of a tumor at the nerve coming from the L-4 juncture of the spine; this counsel had the tumor successfully removed on October 27, 2004 and has today returned to employment.

3. The parties are in the process of discovery, but this counsel requires more time to do so owing to his recent absence from the practice.

4. I addition, the discovery process was somewhat set back by hurricanes Charley and Francis, both of which did extensive damage to the plaintiffs' home and possessions in Florida and generally disrupted their lives. They have recovered and are now in active contact with their attorney.

5. Counsel for the Defendants has indivcated that he has no objection to this extension and that it in the parties' mutual benefit.

Subscribed and Sworn to at Providence, Providence County and State of Rhode Island this 15th day of November, 2004

STATE OF RHODE ISLAND
PROVIDENCE, SS:

Subscribed and sworn to before me at Providence, Providence County and State of Rhode Island this 15th day of November, 2004.

Charles P. Messini #33026
NOTARY PUBLIC
My Commission Expires 8/31/06