UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH VARS et al
*Plaintiffs,*

vs.

LAURA CITRIN {sic}, et al
*Defendants.*

C.A. No. 04-052 T

**DEFENDANTS' CONSENT TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Now come Defendants and hereby consent to plaintiffs' Motion for an Extension of Time to complete discovery in the above captioned matter. In support thereof, plaintiffs' attorney has submitted an affidavit identifying an extended, six (6) week illness suffered by plaintiffs' attorney that has contributed to the parties' inability to complete discovery in the instant case.

WHEREFORE, Defendants hereby have no objection and thus consent to plaintiffs' Motion to extend discovery in the above captioned matter by sixty (60) days, up to and including February 1, 2005.

Defendants,
By their Attorney,

Marc DeSisto (jao)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

15

C.A. No. 04-052 T

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 17th the day of November 2004, to:

Marty C. Marran, Esq. (#2855)
c/o RI Disability Center
339 Eddy Street
Providence, RI 02903
(401) 729-4700

John Sheehan, Esq. (#0193)
34 Bayside Avenue
Newport, RI 02840
(401) 255-7367

Laura Saye