**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

**JOSEPH VARS, ET ALS,**
**Plaintiffs** :
**V.** : **C.A. No. 04-52T**
**LAURA CITRIN, ET ALS.** : **PLAINTIFFS' MOTION FOR: EXTENSION OF TIME FOR DISCOVERY**
**Defendants** :

FILED NOV 16 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

For the reasons contained in the attached Affidavit Of Counsel for the Plaintiffs, Now come the Plaintiffs and respectfully pray that the time for closure of Discovery be extended by a period of sixty (60) days to allow the parties completion thereof. Upon good information and belief the Defendants will join in this motion.

Respectfully submitted this 16th day of November 2004

JOSEPH VARS, ET ALS,
By their attorney

GRANTED
Ernest C. Torres
Chief, US District Judge
11/23/04

Marty C. Marran Reg. No 2855
c/o Rhode Island Disability Law Center
349 Eddy Street
Providence, Rhode Island 02903
(401) 831-3150



16