UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH VARS and<br>IT'S MY LICENSE, INC.,<br>*Plaintiffs,*<br><br>vs.<br><br>LAURA CITRIN {sic}, et al.,<br>*Defendants.* | C.A. No. 04-052 T |

PLAINTIFFS' AND DEFENDANTS' MOTION TO EXCEED EXHIBIT PAGE LIMIT

Now come plaintiffs and defendants and hereby move this Court for an Order granting an extension of the page limit allowed for exhibits to a Rule 12.1. Statement of Undisputed Facts. In support thereof, the parties submit that they have agreed upon a Statement of Undisputed Facts as well as several exhibits to the Statement. These exhibits include *inter alia* minutes from a City Council Meeting that is at issue as well as a R.I. Superior Court decision. In light thereof, the number of pages contained in the Exhibits is 67 thus exceeding the page limit outlined in this Court's Pretrial Order and General Order 2002-01. The parties submit, however, that the documents are necessary and will assist the Court in resolving the Motions for summary judgment.

Wherefore, the parties respectfully request an Order granting an extension of the page limit allowed for the exhibits to 67.

Defendants,
By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Plaintiffs,
Joseph Vars and It's My License, Inc.,

Marty C. Marran, Esq. (#2855)
c/o RI Disability Center
339 Eddy Street
Providence, RI 02903
(401) 831-3150
Fax: (401) 274-5568