**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOSEPH VARS and IT'S
MY LICENSE, INC.,
plaintiff

vs. C.A. NO. 04-52T

LAURA CITRIN, MARILYN
SHANNON MCCONAGHY, RICHARD
C. SARDELLA, JAMES BACCARI,
JEANNE MARIE NAPOLITANO, RICHARD
O'NEIL, STEPHEN C. WALUK,
KATHERINE LEONARD, JOHN J.
TRIFERO, and CITY OF NEWPORT,
defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment is hereby entered for the Defendants pursuant to the Order entered and dated August 16, 2005 granting the Defendants' Motion for Summary Judgment.

Enter:

Deputy Clerk

Dated: August 17, 2005