UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH VARS and
IT'S MY LICENSE, INC.,

Plaintiffs,

v. C.A. No. 04-52T

LAURA CITRIN, et al.,

Defendants.

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants' Motion for Summary Judgment is hereby granted in the absence of objection and for the reasons stated in Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: August 16, 2005