**UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOSEPH VARS and IT'S MY LICENSE, INC., ET ALS** | : | |
| **Plaintiffs** | : | |
| **V.** | : | **C.A. No. 04-52 T** |
| | : | **R.I. Superior Court # NC 03-685** |
| **LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, ET ALS.** | : | |

**PLAINTIFF'S MOTION TO VACATE ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Now come the Plaintiffs and respectfully pray that the Order of August 16, 2005 granting the Defendants' Motion for Summary Judgment be vacated. As grounds the Plainitffs respectfully submit that their lead counsel was out on disability leave for the months of June and July and has only now returned to work. The failure to file timely objection was an innocent oversight. There are good grounds to contest the Defendants' Motion, and the Plaintiff's brief is near completion.**

**WHEREFORE, the Plainitffs respectfully pray that the Order granting Defendants' Motion For Summary Judgment be vacated, that the Plaintiff be allowed until September 6, 2005 to submit his memorandum, and that the Plaintiffs be granted all such and other relief deemed meet and just by this Honorable Court.**

**Respectfully submitted this 17th day of August, 2005.**

**Plaintiffs,**

**JOSEPH VARS, AMY VARS and MICHAEL VARS,**

**By their Attorney,**

**Marty C. Marran Reg. No 2855**
**R.I. Disability Law Center**
**349 Eddy Street**
**Providence, RI 02903**

**CERTIFICATION**

**I hereby certify that on August 17, 2005 I did forward a true and correct copy of the above to Desisto Law Offices, Marc DeSisto, Esquire P.O. Box 2563 Providence, RI 02906-2563 by fax and by regular US Mail, first class, postage prepaid.**

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH VARS and IT'S MY LICENSE, INC., ET ALS<br>Plaintiffs | : | |
| V. | : | C.A. No. 04-52 T |
| | : | R.I. Superior Court # NC 03-685 |
| LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, ET ALS. | : | |

PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION TO VACATE ORDER GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff and respectfully submits as follows:

Plaintiff's counsel failed timely to file his Objection to the Defendant's Motion For Summary Judgment. He was absent from work for the months of June and July, 2005 on a temporary disability after having been diagnosed with severe sleep apnea. Plaintiff's counsel has completed his research and is preparing his Memorandum both in opposition to Defendant's Motion for Summary Judgment and in support of Plaintiff's own Motion For Summary Judgment.

There was no formal briefing schedule set by the Court. Without objection from the Plaintiff the Defendant took approximately five (5) months from the time of the last conference in this matter to research and prepare his brief. This counsel did not consider the timing of his objection and cross-motion to be a matter of concern since the have parties prepared and executed an Agreed Statement of Facts.

**This counsel sincerely apologizes for any confusion he caused as to his intention of pursuing this matter. Plaintiff has a reasonable basis for his Objection and grounds to support his own Motion For Summary Judgment. He is requesting only two (2) weeks to complete his brief, and in the interest of fairness and substantial justice for the parties he respectfully prays that the default be lifted and that he be allowed to file his papers as indicated.**

**Respectfully submitted this 17th day of August, 2005**

**Plaintiffs,**

**JOSEPH VARS, AMY VARS and MICHAEL VARS,**

**By their Attorney,**

**Marty C. Marran Reg. No 2855**
**R.I. Disability Law Center***
**349 Eddy Street**
**Providence, RI 02903**

**CERTIFICATION**

**I hereby certify that on August 17, 2005 I did forward a true and correct copy of the above to Desisto Law Offices, Marc DeSisto, Esquire P.O. Box 2563 Providence, RI 02906-2563 by fax and by regular US Mail, first class, postage prepaid.**

*