UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH VARS and
IT'S MY LICENSE, INC.,
*Plaintiffs,*

vs. C.A. No. 04-052 T

LAURA CITRIN {sic}, et al.,
*Defendants.*

DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO VACATE

Now comes defendants, Laura Sitrin, in her capacity as Finance Director of the City of Newport, City of Newport Board of License Commissioners, Richard C. Sardella, Individually and in his capacity as Chairman, James Baccari, Jeanne Marie Napolitano, Richard O'Neil, Stephen C. Waluk, Katherine Leonard, John J. Trifero, individually and in their respective capacities as Board Members, and hereby object to plaintiffs' Motion to Vacate. In support Defendants rely on their Memorandum of Law, attached hereto and hereof made a part.

Defendants,

Laura Sitrin, in her capacity as Finance Director of the City of Newport, City of Newport Board of License Commissioners, Richard C. Sardella, Individually and in his capacity as Chairman, James Baccari, Jeanne Marie Napolitano, Richard O'Neil, Stephen C. Waluk, Katherine Leonard, John J. Trifero, individually and in their respective capacities as Board Members,

By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Objection was mailed, postage prepaid, on this 25th the day of August 2005, to:

Marty C. Marran, Esq. (#2855)
7 Tanglewood Court, Apt. 10
West Warwick, RI 02893

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH VARS and
IT'S MY LICENSE, INC.,
*Plaintiffs,*

vs. C.A. No. 04-052 T

LAURA CITRIN {sic}, et al.,
*Defendants.*

DEFENDANTS' MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFFS' MOTION TO VACATE

On August 16, 2005, this Court issued an Order and Judgment granting defendants' Motion for Summary Judgment. The motion was granted on two (2) bases: 1) plaintiffs' failure to file a timely objection, and; 2) "for the reasons cited in Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment." While defendants take no position on plaintiffs' claim that vacating the Order and Judgment is justified by plaintiffs' excusable neglect in failing to file a timely objection, defendants submit that the second basis for this Court's granting the Motion, that is, the reasons outlined in Defendants' Memorandum of Law warrant this Court's denial of the Motion to Vacate.

Accordingly, defendants respectfully request that Plaintiffs' Motion Vacate be denied.

Defendants,

Laura Sitrin, in her capacity as Finance Director of the City of Newport, City of Newport Board of License Commissioners, Richard C. Sardella, Individually and in his capacity as Chairman, James Baccari, Jeanne Marie Napolitano, Richard O'Neil, Stephen C. Waluk, Katherine Leonard, John J. Trifero, individually and in their respective capacities as Board Members,

By their Attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 25th the day of August 2005, to:

Marty C. Marran, Esq. (#2855)
7 Tanglewood Court, Apt. 10
West Warwick, RI 02893