**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JOSEPH VARS and IT'S MY LICENSE, INC. :**
**Plaintiffs :**
**V. : C.A. No. 04-52 T**

**LAURA CITRIN, in her capacity as Chief Financial Officer of the City of Newport, and CITY OF NEWPORT, BOARD OF LICENSE COMMISSIONERS, RICHARD C. SARDELLA, Individually, and in his capacity as Chairman, JAMES BACCARI, JEANNE MARIE NAPOLITANO, RICHARD O'NEIL, STEPHEN C. WALUK, KATHERINE LEONARD, JOHN J. TRIFERO, Individually, and in their respective capacities as members, RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, MARILYN SHANNON MCCONAGHY, Individually and in her capacity as Director, and JEFFREY GREER, Individually and in his capacity as Hearing Officer**

**Defendants**

RECEIVED
SEP 12 2005

## STIPULATION

It is hereby agreed between the parties that the plaintiff may have an additional 4 days to file a response to defendants' motion for summary judgment and in addition, to file plaintiffs' motion for summary judgment.

FOR THE PLAINTIFFS:

Marty C. Marran, #2855
710 Tanglewood Ct., Apt 10

FOR THE DEFENDANTS:

Marc DeSisto by mcm with permission
P.O. Box 2563

West Warwick, RI 02893
401 826 0847

Providence, RI 02906
401 272 4442

ENTER:

Ernest C. Torres

JUDGE

DATE: 9/13/05

PER ORDER:

CLERK