UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


JOSEPH VARS, ET AL.

Plaintiffs

      v.                            C.A. No. 04-52T

LAURA CITRIN, ET AL.

Defendants

## ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For reasons stated in open court on November 18, 2005, Defendants' Motion for Summary Judgment is hereby granted. Plaintiffs' Motion for Summary Judgment is hereby denied.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: 11/22/05