**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JOSEPH VARS, ET AL.

Plaintiffs

v. C.A. No. 04-52T

LAURA CITRIN, ET AL.

Defendants

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

For reasons stated in open court on November 18, 2005, Defendants' Motion for Summary Judgment is hereby granted. Plaintiffs' Motion for Summary Judgment is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 11/22/05