**UNITED STATES DISTRICT COURT**
**IN AND FOR THE STATE OF RHODE ISLAND**

| | |
|---|---|
| **JOSEPH VARS, ET ALS** ) <br> ) <br> **V.** ) <br> ) <br> **LAURA SITRIN, in her** ) <br> **Capacity as Financial Director** ) <br> **for the CITY OF NEWPORT, RI** ) <br> **ET ALS.** ) | **C.A. No. 04-52 T** <br> **NOTICE OF APPEAL** |

Now come the Plainiffs in the above-entitled action and hereby serve notice of their appeal from the adverse decision of this Honorable Court rendered on November 18, 2005 granting the Defendants' Motion For Summary Judgment and denying the Plaintiff's Motion for Summary Judgment.

Respectfully submitted this 16th day of December, 2005.

PLAINTIFFS,
By Their Counsel

Marty C. Marran, Reg. No. 2855
70 Olive St.. Unit 1-R
Pawtucket, RI 02860
(401) 475-1125

Edward G. Lawson, Esquire Reg. No. 0517
260 Lonsdale Avenue
Pawtucket, RI 02860
Tel. (401) 725-1810
Fax (4010 725-2244

**CERTIFICATION**

I certify that on December 16, 2005 I did forward a true and correct copy of the above to Marc DeSisto, Esquire P.O. Box 2563, Providence, RI 02906 by regular US Mail, first class, postage prepaid.