UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 22, 2005

06-1043

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CA04-52T Joseph Vars, et al. v. Laura Citrin, et al.*

Dear Clerk:

Enclosed you will find the Appeal Cover Sheet and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

U.S. COURT OF APPEALS
RECEIVED
JAN 09 2006
FOR THE FIRST CIRCUIT

BY:
Ryan H. Jackson
DEPUTY CLERK

encl.: Appeal Cover Sheet, Certificate of Clerk, Notice of Appeal, Complete Record and Cert. Copy of the Docket