MANDATE

CA: 04-52
J. Torres

# United States Court of Appeals
## For the First Circuit

No. 06-1043

JOSEPH VARS, IT'S MY LICENSE, INC., AMY VARS,
and MICHAEL VARS,

Plaintiffs, Appellants,

v.

LAURA CITRIN, RICHARD C. SARDELLA, JAMES BACCARI,
JEANNE MARIE NAPOLITANO, RICHARD O'NEIL,
STEPHEN C. WALUK, KATHERINE LEONARD, JOHN J. TRIFERO,
MARILYN SHANNON MCCONAGHY, JEFFREY GREER,

Defendants, Appellees.

**JUDGMENT**

Entered: December 6, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Linda Barry

**Deputy Clerk**

**Date:** DEC 27 2006

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Marran, Mr. Lawson, Mr. DeSisto, Mr. Daniels, & Mr. Nicholson.]